# TABLE OF EXHIBITS
## OF COMPLAINT AND REQUEST FOR INJUNCTION// COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF
### Filed by Brian David Hill
### Brian David Hill v. Haylea Workman, Drew Inman

| EXHIBIT # | PAGES | DESCRIPTION |
| --- | --- | --- |
| EXHIBIT 1 | 8 pages | Request for Summons and Modification of the Conditions or Term of Supervision by Defendant U.S. Probation Officer Haylea Workman |
| EXHIBIT 2 | 12 pages | POSITION OF THE UNITED STATES ON MODIFICATION OF SUPERVISED RELEASE CONDITIONS by Defendant Assistant U.S. Attorney (AUSA) Drew Inman |
| EXHIBIT 3 | 7 pages | Email from Defendant U.S. Probation Officer Haylea Workman to Roberta Hill and attachment file: Hill, Brian - Prob 49.docx. Proposed modification of supervised release conditions re: Plaintiff Brian David Hill |
| EXHIBIT 4 | 6 pages | Declaration of Brian David Hill – December 17, 2024 – Declaration of Roberta Hill - December 10, 2024 |
| EXHIBIT 5 | 4 pages | Exhibit 5-Audio CD-See attached Table of Contents for details. One copy for clerk, second copy for Judge, four copies for two Defendants in this case and for U.S. Attorney and U.S. Attorney General. Six Audio CD copies are filed with the clerk, one for the judge, four copies for who to serve. |
| EXHIBIT 6 | 2 pages | Photo from video recorded by Roberta Hill's Amazon Ring Device at her door. Recorded on April 25, 2024. Left: Bald headed supervisor (do not know name), Right: Haylea Workman (Defendant) |
| EXHIBIT 7 | 4 pages | Letter from attorney Nia Ayanna Vidal, Supervisory Assistant Federal Public Defender Dated January 30, 2025 |

TABLE OF EXHIBITS - PAGES 1 OF 1