# EXHIBIT 4

**attached to:** "COMPLAINT AND REQUEST FOR INJUNCTION//
COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF"
by Plaintiff Brian David Hill

Case no. _____, W.D.VA

Ally of Q, Former news reporter of USWGO Alternative News
JUSTICEFORUSWGO.WORDPRESS.COM



**In the United States District Court for the Western District of Virginia**
**Roanoke Division**

| | | |
|---|---|---|
| United States of America,<br>　　　　　Plaintiff<br><br>　　　　v.<br><br>Brian David Hill,<br>　　　　　Defendant | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case no. 4:20-cr-00027<br><br>Other case no. 1:13-cr-435-1, M.D.N.C. |

**Declaration of Brian David Hill – December 17, 2024**

I, Brian David Hill, declare pursuant to Title 28 U.S.C. § 1746 and subject to the penalties of perjury, that the following is true and correct:

I am Brian David Hill ("Brian D. Hill", "defendant"). I am the probationer and criminal defendant of the foregoing case. Case no. 4:20-cr-00027. Western District of Virginia.

The case originally came from the Middle District of North Carolina. See United States v. HILL, 1:13-cr-00435, (M.D.N.C.).

　　1. I am aware that the Court has ordered for the Government to file its position brief on Friday, December 6, 2024, and my position brief by Friday, December 13.

　　2. I'm getting straight to the point here. On the day of April 25, 2024, The supervisor and/or Haylea Workman told me to give them my cell phone while I was recording the conversation. I was shocked they went this far so I ran upstairs to tell my mother Roberta Hill about what they were doing as I had no means to have my mother come down to my apartment to keep watching of Haylea Workman and the supervisor because she lied to me and my mother months prior to that day about saying she would keep things the same as Jason (referring to Jason McMurray), my former Probation Officer. I never left the property. I only went to Apartment 1 to tell my mom what the supervisor and Haylea Workman was doing. Then I came back down and my mother came back down with me to see what was going on here.

　　3. On the day of April 25, 2024, I was at some point in my office and the

**PAGE 1 OF 3 - AFFIDAVIT – DEC. 17, 2024**

supervisor said to me with my mother Roberta Hill present that he knew I was recording the conversation (after he had me give up my cell phone which put me into shock). **He said that I can record the conversation.** I know that for a fact because he told me and my mother Roberta Hill that I can record the conversation with my probation officer. I was in shock that I couldn't think about telling him after they both took my phone away from me, that I was recording the conversation with them. I feel like it was a dirty trick if they claim I somehow violated wiretapping law as there was no intent to do so. They took my phone away from me and when the supervisor found out that it was recording, he told me that I can record the conversation. I was a party to that conversation and I think it is a dirty trick for them to take my phone while I am recording and then they or the U.S. Attorney somehow can claim I may have violated wiretapping law just because I was trying to get my mother to come down with me to my apartment because Haylea Workman lied to me about keeping things the same as Jason.

I will say again under oath. Both myself (Brian D. Hill), and Roberta Hill my mother and caretaker were told by the bald headed supervisor that I can record the conversation and that was on the day of April 25, 2024.

Also Haylea Workman and the supervisor saw my mother had a Doorbell camera which is also called a Ring Device. They knew it was recording them once they saw the ring device. They never asked Roberta Hill to stop the ring device. They never asked me to not record them with me in my apartment. They took the phone from me while it was recording. So I feel that I am being set up here. I had no control over my phone after I was directed to give them my phone.

Also I have been under mental health counseling from November 2014 to 2022 when I had legally recorded the phone conversation with me and former U.S. Probation Officer Jason McMurray. He pretty much caused the end of my required mental health counseling which had been a lot of years of counseling. I have the proof. The Court can obtain my counseling records from Piedmont Community Services, Hank Daniels of National Counseling Group, and Preston Page, LCSW. The mental health records and my former mental health counselors can testify and file affidavits to prove that I was complying with my supervised release by receiving mental health services. I was getting mental health services for a lot of years.

Also I have a FIRST AMENDMENT RIGHT under the U.S. Constitution to say that I am innocent of possession of child pornography. I should not face repercussions for simply saying that I believe I am innocent of my charge in federal court.

I declare under penalty of perjury that the foregoing is true and correct.
Executed on December 17, 2024.

*Brian D. Hill*
Signed
Brian D. Hill

God bless you,
Brian D. Hill
310 Forest Street, Apt. 2
Martinsville, Virginia 24112
(276) 790-3505

PAGE 3 OF 3 - AFFIDAVIT – DEC. 17, 2024

In the United States District Court
for the Western District of Virginia
Roanoke Division

| | | |
|---|---|---|
| United States of America,<br>　　　　　　Plaintiff<br><br>　　　　v.<br><br>Brian David Hill,<br>　　　　　　Defendant | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case no. 4:20-cr-00027<br><br>Other case no. 1:13-cr-435-1, M.D.N.C. |

### Declaration of Roberta Hill – December 10, 2024

I, Roberta Hill, declare pursuant to Title 28 U.S.C. § 1746 and subject to the penalties of perjury, that the following is true and correct:

I am Roberta Hill, Brian Hill's mom, and this is my testimony of what happened on a probation visitation in April. On April 25, 2024, two probation officers, Haylea Workman and a bald headed man came to my door to visit Brian Hill. They told Brian that they wanted to do a walkthrough of his apartment. During this walkthrough, my son came upstairs to my apartment, and he was upset about the probation officers taking his cell phone away from him. He was up in my apartment for just a few minutes. I went downstairs with him to see what was going on. The man discovered that Brian had been recording them with the audio recorder on his phone. He told Brian that it was okay for him to record. During the conversation, he told Brian that he was in violation of his probation agreement because he had video game consoles, a smart TV, a Roku stick on the TV and an old cell phone that he was using to play music to his plants. We explained that the previous probation officer allowed Brian to play video games and to watch streaming on TV, and we didn't know that the new probation officer had suddenly changed the rules. How can Brian be held accountable when he didn't know that the rules had changed?

PAGE 1 OF 2 - ROBERTA HILL AFFIDAVIT – DEC. 10, 2024

I declare under penalty of perjury that the foregoing is true and correct.
Executed on December 10, 2024.

*Roberta Hill*
Roberta Hill
310 Forest Street, Apt. 1
Martinsville, Virginia 24112
(276) 790-3505

PAGE 2 OF 2 – ROBERTA HILL AFFIDAVIT – DEC. 10, 2024