# EXHIBIT 5

attached to: "COMPLAINT AND REQUEST FOR INJUNCTION//
COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF"
by Plaintiff Brian David Hill

Case no. _____, W.D.VA

Ally of Q, Former news reporter of USWGO Alternative News
JUSTICEFORUSWGO.WORDPRESS.COM



EXHIBIT PAGES 1 OF 4

(Revised 3/2021)

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF VIRGINIA

Brian David Hill

        Plaintiff(s),

v.

Haylea Workman, Drew Inman

        Defendant(s).

CASE NO.

NOTICE OF FILING PAPER OR PHYSICAL MATERIALS WITH THE CLERK

The following is being filed in paper or physical form with the Clerk's Office for the Western District of Virginia:

Exhibit 5-Audio CD-See attached Table of Contents for details. One copy for clerk, second copy for Judge, four copies for two Defendants in this case and for U.S. Attorney and U.S. Attorney General. Six Audio CD copies are filed with the clerk, one for the judge, four copies for who to serve.

The item(s) will remain in the Clerk's custody until appropriate Disposition pursuant to the Local Rules of the Western District of Virginia

Dated this 4th day of Feb., 2025

Brian D. Hill

310 Forest Street, Apartment 2
Martinsville, Virginia 24112
Phone #: (276) 790-3505

Name, Address, and Phone Number of Counsel or Pro Se

EXHIBIT PAGES 2 OF 4
NOTICE OF FILING PAPER OR PHYSICAL MATERIALS WITH THE CLERK - 1

## TABLE OF CONTENTS
## EXHIBIT 5

| AUDIO CD TRACK INDEX | AUDIO TRACK # | DESCRIPTION |
|---|---|---|
| 1-Apr25-942869.wav | 1 | Recording #1 from April 25, 2024. Recording was conducted by Plaintiff Brian David Hill once he learned from his mother that his Probation Officer was conducting a home visit. Brian Hill was compelled (*would have been violated if he had not turned over his cell phone*) to turn over his phone while he was recording the conversation with his probation officer Defendant USPO Haylea Workman and the bald headed supervisor (pictured in **Exhibit 6**). However the supervisor saved the recording which ended the conversation recording. This recording was saved by the bald headed supervisor Probation Officer. This was after he took the phone along with Haylea, and realized it was recording, he saved the recording which stopped the phone from further recording unless he wanted to record it any further. He did not delete the recording, did not cancel the recording, and he did not ask to have the recording deleted. He consented to that recording and consented to further recording since Plaintiff was compelled to turn over his phone while Plaintiff was recording. |
| 2-20240425160418-O-12762244527.wav | 2 | Phone Call recording between Plaintiff Brian D. Hill, Roberta Hill, and Stella Forinash. This was during the home visit by the Probation Officer Haylea Workman and the bald headed supervisor (pictured in **Exhibit 6**). Recorded on April 25, 2024. Showed how shocked Plaintiff was and where Plaintiff described how they were not doing what Jason McMurray would normally be doing since Jason approved the internet capable devices prior to the new probation officer being assigned. |
| 3-Apr25-229120.wav | 3 | Recording #2 from April 25, 2024. Recording was conducted by Plaintiff Brian David Hill after his probation officer Haylea Workman and the bald headed supervisor returned the phone back to Plaintiff. He said around 50 seconds into the recording: "*Your welcome to record me, you don't need to turn off the...flip off the app. Your free to do that if you want to.*" He gave the Plaintiff consent to record the conversation. Roberta Hill was also involved in the conversation as well. Roberta Hill is Plaintiff's mother. Roberta Hill consented to the recording of the conversation and knew that Plaintiff was recording the home visit with Probation Officer |

| | | |
|---|---|---|
| | | Haylea Workman and the bald headed supervisor (pictured in **Exhibit 6**). Towards the end, Brian Hill left the room to get away from everybody as he was about to have an autism meltdown so he left to have the meltdown all alone to not face another situation like with Kristy Burton in 2015. Called his grandmother and then rejoined them. |
| 4-Apr25-881581_amplified.wav | 4 | Recording #3 from April 25, 2024. Last conversation recording conducted by Plaintiff Brian David Hill after leaving the conversation due to his autism spectrum disorder where Plaintiff was about to have an autism meltdown so he left to have the meltdown all alone to not face another situation like with Kristy Burton in 2015. So he left and then came back with the conversation recording the rest of the home visit by Defendant USPO Workman and the bald headed supervisor. - **NOTE: Audio edited by Audacity software amplification tool/feature to make it easier to listen to since audio was low volume. To amplify the audio to make it more louder to be able to be heard.** |
| 5-Jun 25, 411019(volume amplified).wav | 5 | Recording from June 25, 2024. Recording was conducted by Plaintiff Brian David Hill once he learned from his mother that his Probation Officer was conducting a home visit. - **NOTE: Audio edited by Audacity software amplification tool/feature to make it easier to listen to since audio was low volume. To amplify the audio to make it more louder to be able to be heard.** |
| 6-Aug 27, 492963_amplified.wav | 6 | Recording from August 27, 2024. Recording was conducted by Plaintiff Brian David Hill once he learned from his mother that his Probation Officer was conducting a home visit. - **NOTE: Audio edited by Audacity software amplification tool/feature to make it easier to listen to since audio was low volume. To amplify the audio to make it more louder to be able to be heard.** |
| 7-Nov 19, 912191_amplified.wav | 7 | Recording from November 19, 2024. Recording was conducted by Plaintiff Brian David Hill once he learned from his mother that his Probation Officer was conducting a home visit. - **NOTE: Audio edited by Audacity software amplification tool/feature to make it easier to listen to since audio was low volume. To amplify the audio to make it more louder to be able to be heard.** |