# EXHIBIT 6

**attached to:** "COMPLAINT AND REQUEST FOR INJUNCTION//
COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF"
by Plaintiff Brian David Hill

Case no. _____, W.D.VA

Ally of Q, Former news reporter of USWGO Alternative News
JUSTICEFORUSWGO.WORDPRESS.COM



EXHIBIT PAGES 1 OF 2



Left: Bald headed supervisor (do not know name), Right: Haylea Workman (Defendant)

Photo from video recorded by Roberta Hill's Amazon Ring Device at her door. Recorded on April 25, 2024.

Shows Defendant Haylea Workman, United States Probation Officer to the right. The bald headed supervisor to the left in the photo. The photo was modified to show on the right of the photo, a logo of the FLETC of the U.S. Department of Homeland Security (DHS). FLETC stands for Federal Law Enforcement Training Center as part of the DHS. Roberta Hill modified/edited the photo add information to the right of the photo to show the FLETC logo to demonstrate that the photograph shows that Haylea Workman is wearing a black t-shirt with the same DHS logo with the abbreviated FLETC. The U.S. District Court may ask for the original video from the Ring Device which Plaintiff Brian D. Hill is willing to provide such video to the Court upon request. Roberta Hill has this video.

EXHIBIT PAGES 2 OF 2