

**UNITED STATES POSTAL SERVICE.**   Retail

P   US POSTAGE PAID
$19.15
Origin: 24112
02/05/25
5100520302-18

PRIORITY MAIL®

6 Lb 5.10 Oz
RDC 03

EXPECTED DELIVERY DAY: 02/07/25

C001

SHIP TO:
STE 540
210 FRANKLIN RD SW
ROANOKE VA 24011-2208



USPS TRACKING® #



9505 5104 2591 5036 5036 80



USPS.COM/PICKUP

RECEIVED
FEB 06 2025
USDC Clerk's Office
Mail Room

Fragile
Audio CDs

PRIORITY MAIL®

**Retail**

GE PAID
Origin: 24112
02/05/25
5156520362-18

5

L®

6 Lb 5.10 Oz

RDC 03

'25

C001

**TES**
**VICE®**

**MEDIUM FLAT RATE BOX**
ONE RATE ★ ANY WEIGHT

**PRIORITY MAIL**
**MEDIUM FLAT RATE**
**POSTAGE REQUIRED**

RECEIVED
FEB 06 2025
USDC Clerk's Office
Mail Room

FROM:

**U.S.W.G.O.**

Brian D. Hill - Ally of Q
310 Forest Street, Apt. 2
Martinsville, Virginia 24112
WWG1WGA Q Intel - MAGA
Drain the Swamp - INVESTIGATE!
JusticeForUSWGO.wordpress.com

JusticeForUSWGO.NL



TO:

Clerk of the Court
U.S. District Court
210 Franklin Road S.W., Suite 540
Roanoke, VA 24011

Fragile Audio CDs