# DESIGNATION OF DISTRICT JUDGE
# FOR SERVICE IN ANOTHER DISTRICT WITHIN THE CIRCUIT

_____

WHEREAS, in my judgment the public interest so requires: Now, therefore pursuant to the authority vested in me by Title 28, United States Code, Sections 292(b) and 294(c), I do hereby designate and assign the Honorable John A. Gibney, Jr., Senior United States District Judge for the Eastern District of Virginia, to hold a district court in the Western District of Virginia in the case of *Hill v. Workman et al*, Civil Action No. 4:25-cv-00004, for such time as needed in advance to prepare and thereafter as required to complete unfinished business in the matter.

Albert Diaz
Chief Judge
Fourth Circuit

Dated: February 12, 2025