**UNITED STATES COURT OF APPEALS**
**FOR THE FOURTH CIRCUIT**
Fifth Third Center
201 North Tryon Street, Suite 1440
Charlotte, North Carolina 28202

CHAMBERS OF
Albert Diaz
Chief Judge

Telephone (704) 333-8025
Fax (704) 333-8962

February 12, 2025

Hon. John A. Gibney, Jr.
Senior U.S. District Judge
Eastern District of Virginia

Re:   **Designation to the United States District Court for the Western District of Virginia**
      *Hill v. Workman et al*, Civil Action No. 4:25-cv-00004

Dear Judge Gibney:

Enclosed is a Designation for you to sit with the United States District Court for the Western District of Virginia. This Designation is made pursuant to 28 U.S.C. §§ 292(b) and 294(c) in connection with the above-referenced case.

I very much appreciate your willingness to assist the district court in this manner.

Sincerely,

Albert Diaz

Enclosure

cc:   Hon. Elizabeth K. Dillon
      Hon. Mark S. Davis
      Laura Austin
      Fernando Galindo
      James N. Ishida
      Nwamaka Anowi
      Tarika L. Scott
      intercircuitassignmentcommittee@ao.uscourts.gov