CLERK'S OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED
May 19, 2025
LAURA A. AUSTIN, CLERK
BY:
s/B. McAbee
DEPUTY CLERK

In the United States District Court
For the Western District of Virginia

Brian David Hill,
Plaintiff,

v.

Haylea Workman, et al.,
Defendants.

)
)
)
)
)
)
)
)
)
)

Civil Action no. 4:25-cv-00004

**PLAINTIFF'S NOTICE OF APPEAL**



**Brian David Hill – Ally of Qanon**
**Founder of USWGO Alternative News**
310 Forest Street,
Apt. 2 Martinsville,
Virginia  24112
(276) 790-3505
c/o: Rbhill67@comcast.net; Roberta Hill

*Pro Se Appellant*                    – JusticeForUSWGO.wordpress.com

COVER PAGE

1

Notice is hereby given that civil plaintiff Brian David Hill ("Brian D. Hill", "Hill", "Brian", "Plaintiff", "Appellant") in the above-named case*, hereby appeal to the United States Court of Appeals for the Fourth Circuit from the final judgment/order (See Document #6) entered in this action on the 19th day of March, 2025.

---

* See Rule 3(c) for permissible ways of identifying appellants.

---

Respectfully filed with the Court, this the 16th day of May, 2025.

Respectfully submitted,

*Brian D. Hill*
Signed
_____
Brian D. Hill

Signed
Brian D. Hill (Pro Se)
310 Forest Street, Apartment 2
Martinsville, Virginia 24112
Phone #: (276) 790-3505



Former U.S.W.G.O. Alternative News reporter
I stand with Q Intelligence and Lin Wood – Drain the Swamp
I ask Q Intelligence and Lin Wood for Assistance (S.O.S.)
Make America Great Again

Family provided text of link: https://rumble.com/v2ozhp6-the-deep-state-can-frame-you-the-documentary.html  -- JusticeForUSWGO.wordpress.com
**Family provided text of link**: USWGO.COM // JUSTICEFORUSWGO.NL

Plaintiff also requests with the Court that a copy of this pleading be served upon the Government as stated in 28 U.S.C.§ 1915(d), that "The officers of the court shall issue and serve all process, and preform all duties in such cases. Witnesses shall attend as in other cases, and the same remedies shall be available as are provided for by law in other cases". Plaintiff requests that copies be served with the Defendants via CM/ECF Notice of Electronic Filing ("NEF") email, by facsimile if the Government consents, or upon U.S. Mail. Thank You!

## CERTIFICATE OF SERVICE

Plaintiff hereby certifies that on May 16, 2025, service was made by filing the original of the foregoing:

"PLAINTIFF'S NOTICE OF APPEAL"

by priority mail envelope with the foregoing pleading to the Clerk of the Court in the U.S. District Court, for the Western District of Virginia, 210 Franklin Road S.W., Suite 540, Roanoke, VA 24011. The Plaintiff cannot use the internet in filing this with the clerk of the court and is still on supervised release by the U.S. Probation Office, so Plaintiff requests that the Clerk consider the filing as timely filed on the date of this being mailed out at the U.S. Post Office on May 16, 2025.

Then pursuant to 28 U.S.C. §1915(d), Petitioner requests that the Clerk of the Court move to electronically file the foregoing using the CM/ECF system which will send notification of such filing to the following parties to be served in this action:

| DREW O. INMAN<br>PA Bar No. 328494<br>Assistant United States Attorney<br>P.O. Box 1709<br>Roanoke, VA 24008-1709<br>540-857-2250 (Office)<br>540-857-2614 (Fax)<br>drew.inman@usdoj.gov | Any other party/attorney who is part of the foregoing case. |
|---|---|

This is pursuant to Petitioner's "In forma Pauperis" ("IFP") status, 28 U.S.C. §1915(d) that "The officers of the court shall issue and serve all process, and

perform all duties in such cases ... "the Clerk shall serve process via CM/ECF to serve process with all parties.

| Date of signing:<br><br>May 16, 2025 | Respectfully submitted,<br><br>*Brian D. Hill*<br>Signed<br>———————————<br>Brian D. Hill<br>Signed<br>Brian D. Hill (Pro Se)<br>310 Forest Street, Apartment 2<br>Martinsville, Virginia 24112<br>Phone #: (276) 790-3505<br><br>I stand with Q Intelligence and Lin Wood – Drain the Swamp<br>I ask Q Intelligence and Lin Wood for Assistance (S.O.S.)<br>Make America Great Again |
|---|---|

Family provided text of link: Friend's justice site: JusticeForUSWGO.wordpress.com
Family provided text of link: JusticeForUSWGO.NL; https://rumble.com/v2ozhp6-the-deep-state-can-frame-you-the-documentary.html

  

My family provided me with the image of the QR Code. No internet used. My family is allowed to obtain evidence and things for me to use in this legal pleading. They assist me in my legal work.

**THE DEEP STATE CAN FRAME YOU - THE DOCUMENTARY**

THE CIA AND FEDERAL AGENCIES THINK THEY CAN FRAME UP WHOEVER THEY WANT.



My family provided me with the image of the QR Code. No internet used. My family is allowed to obtain evidence and things for me to use in this legal pleading. They assist me in my legal work.