**PRIORITY MAIL
FLAT RATE ENVELOPE
POSTAGE REQUIRED**

FROM:



U.S.W.G.O.
Brian D. Hill - Ally of Q
310 Forest Street, Apt. 2
Martinsville, Virginia 24112
WWG1WGA Q Intel - MAGA
Drain the Swamp - INVESTIGATE!
JusticeForUSWGO.wordpress.com
JusticeForUSWGO.NL

RECEIVED
MAY 19 2025

TO: USDC Clerk's Office
Mail Room

Clerk of the Court
U.S. District Court
210 Franklin Road S.W., Suite 540
Roanoke, VA 24011

# PRIORITY®

  Retail

**P**  US POSTAGE PAID
**$10.10**
Origin: 24112
05/16/25
5156520362-15

## PRIORITY MAIL®

0 Lb 2.40 Oz
**RDC 03**

EXPECTED DELIVERY DAY:   05/20/25

C001

SHIP TO:

 STE 540
210 FRANKLIN RD SW
ROANOKE VA 24011-2208

USPS TRACKING® #



9505 5104 2591 5136 5269 61



## VISIT US AT USPS.COM®
### ORDER FREE SUPPLIES ONLINE

or international shipments, the maximum weight is 20 lbs.